UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BROAN-NUTONE LLC;<br>AUBREY MANUFACTURING, INC.;<br>and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 1:13-CV-00997-LJO-JLT<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

　　　Based upon the foregoing Stipulation by and between the parties to this action, through their respective counsel of record,

　　　IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   August 30, 2013**　　　　　　/s/  Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**1**
**ORDER RE: STIPULATION OF DISMISSAL**